In the Matter of the Claim of ANN C. CAIN, Respondent, *v.* UNITED BREEDERS COMPANY. et al., Appellants. STATE INDUSTRIAL COMMISSION, Respondent.

*Matter of Cain* v. *United Breeders Co.* 181 App. Div. 963, affirmed. (Argued May 29, 1918; decided June 14, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 13, 1917, which unanimously affirmed an award of the state industrial commission. Claimant's husband was employed as a traveling salesman by defendant United Breeders Company which was engaged in the business of manufacture and sale of chemical compounds. He was killed as the result of an explosion in a creamery where he had gone to sell soda and alkali. The question was presented as to whether under such conditions the deceased met his death by an accident arising out of and in the course of an employment defined as hazardous under the Workmen's Compensation Law. That it was caused by an accident and that it occurred in the course of the employment of the deceased was not disputed. The contentions made by the appellant were that the accident did not arise out of the employment and that the deceased was not engaged in any of the hazardous occupations enumerated in the Workmen's Compensation Law.

*Bertrand L. Pettigrew* and *Walter L. Glenney* for appellants.

*Merton E. Lewis, Attorney-General* (*E. C. Aiken* of counsel), and *Abram Zoller* for respondents.

Order affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, POUND, CRANE and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J. Dissenting: McLAUGHLIN, J.